USCA1 Opinion

 

 January 20, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 94-1927 CHUKWU E. AZUBUKO, Plaintiff, Appellant, v. COMMISSIONER OF REGISTRY-STATE OF MASSACHUSETTS, Defendant, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ___________________ ___________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ___________________ Chukwu E. Azubuko on brief pro se. _________________ Scott Harshbarger, Attorney General, and Beverly I. Ward, _________________ ________________ Assistant Attorney General, on brief for appellee. __________________ __________________ Per Curiam. After carefully reviewing the record __________ and the parties' briefs, we affirm the judgment of the ______ district court for essentially the reasons set forth in the Memorandum of Decision and Order, dated March 24, 1994. -2-